IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GRAHAM ROGER-LEE DE-LUIS-CONTI,    )    No. C 05-2245 SBA (pr)
                                   )
            Petitioner,            )    **JUDGMENT**
v.                                 )
                                   )
M. S. EVANS, Warden,               )
                                   )
            Respondent.            )
_____)

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 8/5/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.05\DeLuisConti2245.jud.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE-LUIS-CONTI,<br><br>        Plaintiff,<br><br>  v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS et al,<br><br>        Defendant. | Case Number: CV05-02245 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Graham Roger-Lee De-Luis-Conti T21195
Salinas Valley State Prison
31625 Highway 101
Soledad, CA 93960

Dated: August 5, 2008

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.05\DeLuisConti2245.jud.frm     2